Jack Silver, Esq. SB   #160575
E-mail: lhm28843@sbcglobal.net
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.(707) 528-8175
Fax.(707) 528-8675

David J. Weinsoff, Esq. SB #141372
Email: david@weinsofflaw.com
Law Office of David J. Weinsoff
138 Ridgeway Avenue
Fairfax, CA 94930
Tel. (415) 460-9760
Fax. (415) 460-9762

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

DANIEL C. CEDERBORG
    County Counsel
BRUCE B. JOHNSON
    Principal Deputy County Counsel - SB# 142968
FRESNO COUNTY COUNSEL
2220 Tulare Street, Suite 500
Fresno, CA 93721
Tel. (559) 600-3479
Fax. (559) 600-3480
Email: bjohnson@co.fresno.ca.us

Attorneys for Defendant
COUNTY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH a 501(c)(3),non-profit, Public Benefit Corporation,<br><br>　　　　　Plaintiff,<br>v.<br><br>COUNTY OF FRESNO, et al,<br><br>　　　　　Defendant.<br>_____/ | CASE NO.: 1:14-cv-1501-MJS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br>**[FRCP § 41(a)(1)(ii)]**<br><br>Pretrial Conf. - May 27, 2016 |

IT IS HEREBY STIPULATED by and between plaintiff CALIFORNIA RIVER WATCH and defendant COUNTY OF FRESNO, by and through their counsel of record, that the above-captioned action, as to all parties and all causes of action, is hereby dismissed with prejudice, each party hereto to bear its own costs and attorney's fees.  The parties warrant that they have each authorized their respective counsel to sign this Stipulation For Dismissal on their behalf.

DATED: May 8, 2015                              DANIEL C. CEDERBORG
                                                County Counsel


                                        By:     /s/ Bruce B. Johnson
                                                BRUCE B. JOHNSON
                                                Principal Deputy County Counsel
                                                Attorneys for Defendant
                                                COUNTY OF FRESNO


DATED: May 8, 2015                              LAW OFFICE OF DAVID J. WEINSOFF


                                        By:     /s/ David J. Weinsoff
                                                David J. Weinsoff
                                                Attorney for Plaintiff
                                                CALIFORNIA RIVER WATCH

In addition to stipulating to the above, I, Jack Silver, attest that concurrence in the filing of this Stipulation has been obtained from each of the signatories to this document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   Executed this 8th day of May, 2015.

|   |   |
|---|---|
| 1 | LAW OFFICE OF JACK SILVER |
| 2 | By:      /s/ Jack Silver |
| 3 | Jack Silver |
| 4 | Attorney for Plaintiff<br>CALIFORNIA RIVER WATCH |

### ORDER

Based on the parties' Stipulation for dismissal under F.R. Civ. P. 41 (a)(1)(A)(ii), this Court DISMISSES with prejudice this entire action and all claims; and DIRECTS the Clerk to close this action.

IT IS SO ORDERED.

Dated:   May 12, 2015          /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE